No. 1629, Misc.   JONES v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 1640, Misc.   OLENIN v. CURTIN & JOHNSON, INC., ET AL.   C. A. D. C. Cir.   Certiorari denied.   *Arthur S. Curtis* for petitioner.   *Denver H. Graham* and *Albert E. Brault* for respondents.

No. 1649, Misc.   BROTZE v. KENTUCKY.   Ct. App. Ky. Certiorari denied.

No. 732, Misc.   RICH v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   THE CHIEF JUSTICE is of the opinion that certiorari should be granted.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Marshall T. Golding* for the United States.

No. 751, Misc.   McKNIGHT v. ILLINOIS.   Sup. Ct. Ill. Certiorari denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted and judgment reversed. *Gerald W. Getty* for petitioner.   *William J. Scott,* Attorney General of Illinois, and *John J. O'Toole,* Assistant Attorney General, for respondent.

No. 1570, Misc.   RUBIO v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Terence F. MacCarthy* for petitioner.   *Solicitor General Griswold* for the United States.